# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MARION DOYLE and MICHAEL DOYLE<br><br>Plaintiffs,<br><br>v.<br><br>FALMOUTH POLICE DEPARTMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:14-cv-259-JDL<br>)<br>)<br>)<br>) |

## ORDER ON PLAINTIFFS' SECOND AMENDED COMPLAINT

On January 16, 2015, Plaintiff Michael Doyle filed his second Amended Complaint. Doyle failed to obtain the opposing parties' written consent or the court's approval prior to filing his second Amended Complaint, as required by Fed. Rule of Civ. P. 15(a)(2). Accordingly, and as explained in open court at the hearing held on January 21, 2015, it is ORDERED that Plaintiff Michael Doyle's effort to amend his complaint through the filing of his second Amended Complaint is denied, and Defendants should not file an answer or other responsive pleading.

SO ORDERED.

          /s/ Jon D. Levy
          **United States District Judge**

Dated this 4th day of February, 2015.