## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **MARION DOYLE,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     v. | ) Case No. 2:14-cv-00259-JDL |
| | ) |
| **FALMOUTH POLICE** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
|   Defendants. | ) |

### ORDER

This case was filed by Michael and Marion Doyle without counsel. *See* ECF No. 1. Michael's claims have since been dismissed. *See* ECF No. 33 at 14. Following Marion's death, Michael Doyle, in his capacity as the personal representative of the Estate of Marion Doyle, was substituted as a party. ECF No. 42 at 2. Unlike an individual, who may proceed without counsel, an estate must be represented by counsel. *See State v. Simanonok*, 539 A.2d 211, 212 (Me. 1988). Since the substitution occurred on April 22, 2015, counsel has not appeared on the Estate's behalf. In light of this, I entered an order to show cause why this case should not be dismissed for want of prosecution. ECF No. 44. The deadline established in that order expired on June 22, 2015, without a response from Michael Doyle or the Estate. Accordingly, I conclude that good cause has not been shown why this action should not be dismissed. *See* Loc. R. 41.1(b). It is **ORDERED** that plaintiff's case is **DISMISSED** with prejudice.

**SO ORDERED.**

Dated: June 24, 2015    /s/ Jon D. Levy
U.S. District Judge